Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−32402−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Cortese
  26 Saw Mill Road
  Warren, NJ 07059

Social Security No.:
  xxx−xx−3779

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         1/22/19
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 13, 2018
JAN: wdr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32402-MBK
Laura Cortese                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2018
                              Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db           +Laura Cortese,    26 Saw Mill Road,    Warren, NJ 07059-5104
517866063    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,    PO Box 65507,    Wilmington, DE 19808)
517866057    +Atlantic Health System,    PO Box 419101,    Boston, MA 02241-9101
517866058    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517866059    +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517866062    ++++DITECH FINANCIAL,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court: Ditech Financial,    332 Minnesota Street,    Suite 610,
               Saint Paul, MN 55101)
517866067    +Macys,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517866068    +State of New Jersey,    c/o Attorney General of New Jersey,    Division of Criminal Justice,
               5 Executive Campus, Suite 205,    Cherry Hill, NJ 08002-4107
517866069    +University Radiology Group,    c/o David B. Watner, Esq.,    1129 Bloomfield Ave.,    Suite 208,
               Caldwell, NJ 07006-7123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517866061    +E-mail/Text: bankruptcynotices@cbecompanies.com Nov 14 2018 00:23:19     CBE Group,
               1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
517866060    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:51     CapitalOne,
               15000 Capital One Drive,    Richmond, VA 23238-1119
517866066     E-mail/Text: cio.bncmail@irs.gov Nov 14 2018 00:22:42     Internal Revenue Service,
               1111 Constitution Ave., N.W.,    Washington, DC 20224
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517866065*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    Attn: Special Procedures,
               955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
517866064*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Brian W. Hofmeister   on behalf of Debtor Laura  Cortese bwh@hofmeisterfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3