| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-32402 / MBK**

Laura Cortese

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/26/2018 | $200.00 | 54138390 | 12/28/2018 | $200.00 | 54959830 | | | |

**Total Receipts for the Period: $400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laura Cortese | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN W HOFMEISTER | Attorney Fees | $3,500.00 | $0.00 | $3,500.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $4,627.51 | $0.00 | $0.00 |
| | »»  2013-2014 | | | | |
| 2 | AMERICAN HONDA FINANCE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »»  2018 HONDA CIVIC /LEASE | | | | |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,199.64 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $28.00 | Arrearages: | $0.00 |
| Funds on Hand: | $372.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**