Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–32402–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Cortese
   26 Saw Mill Road
   Warren, NJ 07059

Social Security No.:
   xxx–xx–3779

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
### FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 12, 2018 and a confirmation hearing on such Plan has been scheduled for March 12, 2019.

The debtor filed a Modified Plan on Febraury 20, 2019 and a confirmation hearing on the Modified Plan is scheduled for March 26, 2019 @ 10:00. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
      for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secured claim, such holder's acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
      Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
      arguments in support of the original plan on the scheduled Confirmation date, consider the
      reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
      or convert the case, or take any other action on the original plan deemed appropriate.

      A full copy of the modified Plan will follow this notice.

Dated: February 22, 2019
JAN: wdr

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-32402-MBK
Laura Cortese                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 22, 2019
                             Form ID: 186          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db          +Laura Cortese,   26 Saw Mill Road,   Warren, NJ 07059-5104
517866057    +Atlantic Health System,   PO Box 419101,   Boston, MA 02241-9101
517866058   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank of America,   PO Box 982238,   El Paso, TX 79998)
517866059    +Bank of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
517866062 ++++DITECH FINANCIAL,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court:  Ditech Financial,   332 Minnesota Street,   Suite 610,
              Saint Paul, MN 55101)
517866067    +Macys,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
517866068    +State of New Jersey,   c/o Attorney General of New Jersey,   Division of Criminal Justice,
              5 Executive Campus, Suite 205,   Cherry Hill, NJ 08002-4107
517963558     The Bank of New York Mellon, et al,   c/o Bank of America,   PO Box 31785,
              Tampa, FL 33631-3785
517866069    +University Radiology Group,   c/o David B. Watner, Esq.,   1129 Bloomfield Ave.,   Suite 208,
              Caldwell, NJ 07006-7123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 22:42:20     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 22:42:19     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517897642     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 22 2019 22:42:25
              American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
              Irving, TX 75016-8088
517866061    +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 22 2019 22:42:30     CBE Group,
              1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
517944036     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2019 22:43:37
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517866060    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2019 22:43:27     CapitalOne,
              15000 Capital One Drive,   Richmond, VA 23238-1119
517979434     E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2019 22:42:11     DITECH FINANCIAL LLC,
              PO BOX 6154,   RAPID CITY, SD 57709-6154
517866066     E-mail/Text: cio.bncmail@irs.gov Feb 22 2019 22:42:07     Internal Revenue Service,
              1111 Constitution Ave., N.W.,   Washington, DC 20224
                                                                            TOTAL: 8


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517866063*   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:  Honda Financial Services,   PO Box 65507,   Wilmington, DE 19808)
517866065*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   Attn:  Special Procedures,
              955 South Springfield Avenue,   PO Box 724, Bldg. A, 3rd Floor,   Springfield, NJ 07081)
517866064*    Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517880948*   +Internal Revenue Service,   POB  7346,   Philadelphia, PA 19101-7346
                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Feb 22, 2019
                              Form ID: 186             Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:

       Albert  Russo    docs@russotrustee.com
       Brian W. Hofmeister     on behalf of Debtor Laura  Cortese bwh@hofmeisterfirm.com
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
       AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
       REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Kevin Gordon McDonald     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE
       CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 5