| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-32402 / MBK**

Laura Cortese

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date: 04/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2019 | $200.00 | 56090960 | 02/27/2019 | $200.00 | 56516910 | 03/29/2019 | $200.00 | 57383180 |
| 04/30/2019 | $200.00 | 58185610 | 06/03/2019 | $317.00 | 59070510 | 06/27/2019 | $317.00 | 59677790 |
| 08/02/2019 | $317.00 | 60626200 | 08/28/2019 | $317.00 | 61272030 | 09/30/2019 | $317.00 | 62084970 |
| 10/29/2019 | $317.00 | 62817780 | 12/03/2019 | $317.00 | 63677880 | 12/30/2019 | $317.00 | 64339510 |

**Total Receipts for the Period:  $3,336.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,053.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laura Cortese | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN W HOFMEISTER<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013-2014 | Unsecured Creditors | $4,627.51 | $0.00 | $4,627.51 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA CIVIC /LEASE ASSUMED (MP) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,199.64 | $0.00 | $17,199.64 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  NP/278 FREEMONT AVE/2ND MTG/ORD 2/28/2019;CRAM BAL | Unsecured Creditors | $109,277.56 | $0.00 | $109,277.56 |
| 5 | Loancare, LLC<br>»»  NP/278 FREEMONT AVE/1ST MTG/DITECH | Mortgage Arrears | $2,039.86 | $26.50 | $2,013.36 |
| 6 | Cbe Group<br>»»  NP/278 FREMONT AVE/3RD MRTG/CRAM TO $0 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-32402 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,053.00 | Plan Balance: | $14,382.00 ** |
| Paid to Claims: | $3,526.50 | Current Monthly Payment: | $317.00 |
| Paid to Trustee: | $232.32 | Arrearages: | $117.00 |
| Funds on Hand: | $294.18 | Total Plan Base: | $18,435.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.