| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-32402 / MBK**

Laura Cortese

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date: 04/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $317.00 | 65070520 | 02/25/2020 | $317.00 | 65840250 | 03/27/2020 | $317.00 | 66655940 |
| 04/28/2020 | $317.00 | 67441460 | 05/27/2020 | $317.00 | 68159490 | 06/30/2020 | $317.00 | 68943130 |
| 07/27/2020 | $317.00 | 69634360 | 08/25/2020 | $317.00 | 70348790 | 09/28/2020 | $317.00 | 71092560 |
| 10/26/2020 | $317.00 | 71811250 | 12/23/2020 | $317.00 | 73260570 | 12/28/2020 | $317.00 | 73260700 |
| 01/25/2021 | $317.00 | 74002230 | | | | | | |

**Total Receipts for the Period:  $4,121.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $7,857.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laura Cortese | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN W HOFMEISTER<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013-2014 | Unsecured Creditors | $4,627.51 | $51.69 | $4,575.82 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA CIVIC /LEASE ASSUMED (MP) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,199.64 | $192.21 | $17,007.43 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  NP/278 FREEMONT AVE/2ND MTG/ORD 2/28/2019;CRAM BAL | Unsecured Creditors | $109,277.56 | $1,221.18 | $108,056.38 |
| 5 | Loancare, LLC<br>»»  NP/278 FREEMONT AVE/1ST MTG/DITECH | Mortgage Arrears | $2,039.86 | $2,039.86 | $0.00 |
| 6 | Cbe Group<br>»»  NP/278 FREMONT AVE/3RD MRTG/CRAM TO $ | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-32402 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,857.00 | Plan Balance: | $10,578.00 ** |
| Paid to Claims: | $7,004.94 | Current Monthly Payment: | $317.00 |
| Paid to Trustee: | $554.40 | Arrearages: | $117.00 |
| Funds on Hand: | $297.66 | Total Plan Base: | $18,435.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**