| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-32402 / MBK**

Laura Cortese

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date: 04/23/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | $317.00 | 74002230 | 02/26/2021 | $317.00 | 74789040 | 03/29/2021 | $317.00 | 75545020 |
| 04/27/2021 | $317.00 | 76261570 | 05/27/2021 | $317.00 | 76965250 | 06/24/2021 | $317.00 | 77618120 |
| 07/27/2021 | $317.00 | 78352990 | 08/26/2021 | $317.00 | 79027080 | 09/28/2021 | $317.00 | 79754850 |
| 10/26/2021 | $317.00 | 80374880 | 11/30/2021 | $317.00 | 81114460 | 01/04/2022 | $317.00 | 81878690 |
| 01/25/2022 | $317.00 | 82308490 | | | | | | |

**Total Receipts for the Period: $4,121.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $11,661.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laura Cortese | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN W HOFMEISTER<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2013-2014 | Unsecured Creditors | $4,627.51 | $155.65 | $4,471.86 |
| 2 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA CIVIC /LEASE ASSUMED (MP) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,199.64 | $616.61 | $16,583.03 |
| 4 | THE BANK OF NEW YORK MELLON<br>»» NP/278 FREEMONT AVE/2ND MTG/ORD 2/28/2019;CRAM BAL | Unsecured Creditors | $109,277.56 | $3,917.57 | $105,359.99 |
| 5 | Loancare, LLC<br>»» NP/278 FREEMONT AVE/1ST MTG/DITECH | Mortgage Arrears | $2,039.86 | $2,039.86 | $0.00 |
| 6 | Cbe Group<br>»» NP/278 FREEMONT AVE/3RD MRTG/CRAM TO $ | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-32402 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $11,661.00 | Plan Balance: | $6,774.00 | ** |
| Paid to Claims: | $10,229.69 | Current Monthly Payment: | $317.00 | |
| Paid to Trustee: | $840.35 | Arrearages: | $117.00 | |
| Funds on Hand: | $590.96 | Total Plan Base: | $18,435.00 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**