| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-32402 / MBK**

Laura Cortese

Petition Filed Date: 11/12/2018
341 Hearing Date: 12/20/2018
Confirmation Date: 04/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $317.00 | 81878690 | 01/25/2022 | $317.00 | 82308490 | 02/28/2022 | $317.00 | 83001640 |
| 03/28/2022 | $317.00 | 83623350 | 04/26/2022 | $317.00 | 84245160 | 05/26/2022 | $317.00 | 84868640 |
| 06/29/2022 | $317.00 | 85544360 | 08/29/2022 | $317.00 | 86742440 | 09/29/2022 | $317.00 | 87308500 |
| 10/25/2022 | $317.00 | 87856220 | 12/01/2022 | $317.00 | 88547020 | 12/27/2022 | $317.00 | 89017420 |
| 01/30/2023 | $317.00 | 89638080 | 03/01/2023 | $317.00 | 90242810 | | | |

**Total Receipts for the Period: $4,438.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,465.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Laura Cortese | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian W. Hofmeister, Esq.<br>»»  AMD DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013-2014 TAX PERIODS & PENALTY | Unsecured Creditors | $4,627.51 | $289.29 | $4,338.22 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA CIVIC /LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $17,199.64 | $1,113.82 | $16,085.82 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  NP/278 FREEMONT AVE/2ND MTG/ORD 2/28/19;CRAM BAL | Unsecured Creditors | $109,277.56 | $7,076.63 | $102,200.93 |
| 5 | Loancare, LLC<br>»»  NP/278 FREEMONT AVE/1ST MTG/DITECH | Mortgage Arrears | $2,039.86 | $2,039.86 | $0.00 |
| 6 | Cbe Group<br>»»  NP/278 FREMONT AVE/3RD MRTG/CRAM TO $ | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-32402 / MBK**

**SUMMARY**

| | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $15,465.00 | Plan Balance: | $2,970.00 ** |
| Paid to Claims: | $14,019.60 | Current Monthly Payment: | $317.00 |
| Paid to Trustee: | $1,140.86 | Arrearages: | $434.00 |
| Funds on Hand: | $304.54 | Total Plan Base: | $18,435.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.