Form ntcfncurv − testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−32402−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laura Cortese
    26 Saw Mill Road
    Warren, NJ 07059

Social Security No.:
    xxx−xx−3779

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

TO: Laura Cortese
        Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: January 24, 2024
JAN: wdr

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 18-32402-MBK

Laura Cortese                                                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                   Page 1 of 2
Date Rcvd: Jan 24, 2024                           Form ID: ntcfncur                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

**Recip ID**          **Recipient Name and Address**
db                    + Laura Cortese, 26 Saw Mill Road, Warren, NJ 07059-5104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

Albert Russo
                          docs@russotrustee.com

Andrew M. Lubin
                          on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Brian W. Hofmeister
                          on behalf of Debtor Laura Cortese bwh@hofmeisterfirm.com  j119@ecfcbis.com

Denise E. Carlon
                          on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James French
                          on behalf of Creditor LoanCare  LLC jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Kevin Gordon McDonald

    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR
    INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS
    REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com

Laura M. Egerman

    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing laura.egerman@mccalla.com
    mccallaecf@ecf.courtdrive.com

Marisa Myers Cohen

    on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Marisa Myers Cohen

    on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Sindi Mncina

    on behalf of Creditor LoanCare LLC smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11